LEAH ALPERT and MAX ALPERT, Appellants, v. ANNE LANDSMAN, Respondent,

— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

APEX LAUNDRY SERVICE CORPORATION, Plaintiff, v. HARRY KAUFMAN, Doing Business as TRAFFIC GARAGE, Respondent; PRODUCTIVE THOUGHT, INC., a Domestic Corporation, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.